IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA CENDEJAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL INSURANCE COMPANY, INC.,<br><br>　　　　　Defendant. | NO. C04-4018 TEH<br><br>ORDER SETTING BRIEFING SCHEDULE ON OBJECTIONS TO MAGISTRATE JUDGE BRAZIL'S NOVEMBER 8, 2005 ORDER |

　　　　The Court is in receipt of Defendant's objections to Magistrate Judge Wayne Brazil's November 8, 2005 order denying in part Defendant's motion to compel Plaintiff's independent medical examination. Having reviewed Defendant's objections, the Court now sets the following briefing and hearing schedule:

　　　　1. Plaintiff shall file an opposition brief on or before **Thursday, December 1, 2005.**

　　　　2. Defendant shall file a reply brief on or before **Thursday, December 8, 2005.**

　　　　3. The matter will be heard in conjunction with Defendant's motion for summary judgment on **Monday, December 19, 2005, at 10:00 AM.**

**IT IS SO ORDERED.**

Dated:　11/22/05

　　　　　　　　　　　　　　　　　　　　　　／s／ Thelton E. Henderson
　　　　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON, JUDGE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT