IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YOLANDA CENDEJAS,

          Plaintiff,

v.

FEDERAL INSURANCE COMPANY, INC.,

          Defendant.

NO. C04-4018 TEH

ORDER RE: BRIEFING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Court has received the parties' briefs on Defendant's motion for summary judgment. As Defendant correctly observes in its reply, Plaintiff's opposition brief fails to comply with the Local Rules. Civil Local Rules 7-3(a) and 7-4(b) clearly state that opposition briefs may not exceed 25 pages of text. Plaintiff's opposition, however, included 29 pages. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall have the option of re-submitting an opposition brief that fully complies with the Local Rules. If Plaintiff fails to file a conforming brief on or before **Friday, December 16, 2005, at 10:00 AM,** then the Court will simply disregard pages 26 through 29 of Plaintiff's existing opposition brief.

2. If Plaintiff files a timely revised opposition brief, Defendant may file a supplemental reply, of no more than five pages in length, to any new issues raised in Plaintiff's revised opposition. Any such reply must be filed on or before **Thursday, December 22, 2005.**

**IT IS SO ORDERED.**

Dated: 12/13/05

                                          THELTON E. HENDERSON, JUDGE
                                          UNITED STATES DISTRICT COURT