1  WILLIAM F. ADAMS LAW OFFICES
   WILLIAM F. ADAMS (SB #65005)
2  4305 Hacienda Drive, Suite 370
   Pleasanton, California 94588
3  Telephone:  (925) 734-0800
   Fax: (925) 734-0807
4
   Attorneys for Plaintiff
5  YOLANDA CENDEJAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA CENDEJAS,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, INC., a New Jersey Corporation (dba as THE CHUBB GROUP OF INSURANCE COMPANIES), and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. C 04-04018 TEH (WDB)<br><br>**REQUEST FOR ENTRY OF DISMISSAL** |

**TO THE COURT, THE DEFENDANT AND ITS COUNSEL OF RECORD:**

The plaintiff YOLANDA CENDEJAS hereby respectfully requests that the Court please dismiss with prejudice the within action as to all defendants and all causes of action.

Dated: January 6, 2006                WILLIAM F. ADAMS LAW OFFICES


By:_____
    William F. Adams
    Attorneys for Plaintiff YOLANDA CENDEJAS

**COURT:** Dismissal entered as requested on Jan. 6, 2006, following the parties' notification that they reached a settlement in this case.

Date: January  6 , 2006              _____

IT IS SO ORDERED
Judge Thelton E. Henderson

_____
Request for Dismissal